# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case Number 5:08-cr-71 (HL) |
| : | |
| **FRANCISCO EQUIHUA CERVANTES,** : | |
| : | |
| Defendant. : | |

## ORDER

The trial of this case, presently scheduled to begin at 9:00 a.m. on Monday, April 20, 2009 in Valdosta, is hereby continued until 9:00 a.m. on Monday, July13, 2009, in Macon. The Pre-Trial Conference, presently scheduled to begin at 9:30 a.m. on Wednesday, April 8, 2009, is also continued until Monday, June 29, 2009. The Court continues this case based on a request by the Defendant's counsel. Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 26th day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**